UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER BERNARD ROBINSON,

      Plaintiff,

                                          Civil Case No. 16-13795
v.                                          Honorable Linda V. Parker

MICHIGAN PAROLE BD. MEMBERS, et al.,

      Defendants.
_____/

**OPINION & ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS, DISMISSING WITHOUT PREJUDICE THE CIVIL RIGHTS COMPLAINT, DENYING PENDING MOTIONS, & VACATING ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS**

      This is a pro se prisoner civil rights case brought pursuant to 42 U.S.C. § 1983. The matter is before the Court on Plaintiff Christopher Bernard Robinson's motion to voluntarily dismiss his Complaint prior to service upon the defendants. Plaintiff indicates that he has new information that will affect the Complaint and that he seeks a non-prejudicial dismissal so he can file a new complaint at a later date. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff could dismiss his Complaint without a Court order. In any event, the Court finds that a non-prejudicial dismissal is warranted and will not prejudice the parties or the Court.

Accordingly, the Court **GRANTS** Plaintiff's motion and **DISMISSES** his Complaint **WITHOUT PREJUDICE**. The Court also is **DISMISSING WITHOUT PREJUDICE** the pending motions filed in this matter (ECF Nos. 3, 7). Lastly, the Court is **VACATING** its order granting Plaintiff's application to proceed without prepaying fees or cost so that no filing fees will be assessed for this case (Ecf No. 4). This case is **CLOSED**. Should Plaintiff wish to pursue the allegations in his Complaint, he must file a new complaint with the appropriate filing fees or an application to proceed without prepayment of the filing fees.

**IT IS SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: February 1, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, February 1, 2017, by electronic and/or U.S. First Class mail.

s/ Richard Loury
Case Manager